**Opinion issued August 2, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00631-CV

———————————

## IN RE MICHAEL FRANCIS PALMA, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Michael Francis Palma filed a petition for a writ of mandamus complaining of Judge Bennett's October 9, 2009 order sustaining the contest to Palma's affidavit of indigence in the underlying lawsuit.[1]  Palma has an adequate remedy by appeal by filing a motion challenging the order.  *See* TEX. R. APP. P.

---

[1]  The Honorable Al Bennett, judge of the 61st District Court of Harris County, Texas.  The underlying lawsuit is *Houston Indep. Sch. Dist. v. Palma*, No. 2006-14382 (61st Dist. Ct., Harris County, Tex.).  The petition was originally filed under case number 01-09-00872-CV.

20.1(j)(1); *In re Arroyo*, 988 S.W.2d 737, 739 (Tex.1998). Palma filed such a motion in the appeal on May 8, 2012, which the Court has granted and recognized his indigence.

Accordingly, we deny the petition for a writ of mandamus. *See Arroyo*, 988 S.W.2d at 739.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.